UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM, <br><br> *Plaintiff*, <br><br> v. <br><br> NAMI SONG.; <br><br> *Defendant*. | Case No. 8:17-cv-00120-JFB-CRZ |

**PLAINTIFF'S RULE 41(a)(1) NOTICE
OF DISMISSAL WITH PREJUDICE**

Plaintiff Zach Hillesheim through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses his Complaint against the above-captioned Defendant with prejudice. Because Defendant has not served an Answer or a Motion for Summary Judgment, dismissal with prejudice is proper under Rule 41(a)(1)(A).

Respectfully submitted,

DATED: May 15, 2017

/s/ Padraigin L. Browne
Padraigin L. Browne (MN Bar # 389962)
BROWNE LAW LLC
8530 Eagle Point Blvd, Suite 100
Lake Elmo, MN 55042
E-mail: paddy@brownelawllc.com
Phone: (612) 293-4805